

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-19-00757-CV

**FEDEX CORPORATION** and FedEx Corporate Services, Inc.,
Appellants

v.

Michelle **CONTRERAS**, Individually and as Representative of the Estate of Christopher Talamantez, II, Deceased, Krystal Saldana a/n/f of C.M.T II and J.T., Minors, Victoria Campos a/n/f of D.C., a Minor, and Christopher Talamantez, Sr., Aurelio Fernando Perez, Individually and as Representative of the Estate of Christian Adam Vasquez, Deceased, Alexis Sanchez, Individually and as Representative of the Estate of Christian Vasquez, Deceased, Alexis Sanchez a/n/f of Christian Vasquez, Jr., a Minor,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22752
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

FedEx Corporation and FedEx Corporate Services, Inc. are the only appellants in this appeal. On October 30, 2019, the monitoring panel granted appellants' emergency motion and stayed all discovery directed at appellants.

On December 5, 2019, appellees filed a motion to clarify the order granting the stay. Appellees request that the entire monitoring panel review the motion and modify or withdraw the order granting the stay. Appellees represent that defendants in the court below that are not appellants in this appeal, namely FedEx Freight, Inc. and Francisco Gutierrez, have refused to participate in discovery based on our October 30, 2019 order. Appellees request clarification that our order applies only to appellants.

We DENY appellees' motion for clarification. All three justices comprising the monitoring panel have considered both appellees' motion to clarify and, previously, appellants' motion for temporary relief. Our October 30, 2019 order clearly stays discovery only as to appellants, FedEx Corporation and FedEx Corporate Services, Inc.

_Rebeca C. Martinez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court